UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:                                              Chapter 13

HERBY ERNST AZOR,                                   Case No. 04-B-10028

                              Debtors,
------------------------------------------------------x

## TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

| CLAIMANT(s)' NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Herby Ernst Azor<br>12901 SW 56th Street<br>Southwest Ranches, FL 33330-3229 | $9,884.67 |

      Trustee's check to your order in the sum of $9,884.67 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated: White Plains, New York
          September 16, 2011

                                                    Respectfully submitted,
                                                     */s/ Jeffrey L. Sapir*
                                                     JEFFREY L. SAPIR
                                                   Standing Chapter 13 Trustee